IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TAVORIS L. JOHNSON,              )
                                 )
    Plaintiff,                   )
                                 )
v.                               )       CASE NO. CV419-268
                                 )
SHERIFF JOHN T. WILCHER,         )
                                 )
    Defendant.                   )
_____)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which Plaintiff has not filed objections. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. Additionally, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** because Plaintiff has failed to pay the $400.00 filing fee. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 28th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA